UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NERIO JULLIANI SUCRE,<br><br>　　　　　Petitioner,<br>　v.<br>ICE,<br><br>　　　　　Respondent. | Case No. 2:21-cv-00187-KJD-BNW<br><br>ORDER |

  Petitioner Nerio Julliani Sucre filed a *pro se* habeas corpus petition under 28 U.S.C. § 2241 challenging his continued detention by U.S. Immigration and Customs Enforcement pending enforcement of his final removal order (ECF No. 1-1).  On April 6, 2021, the court directed that, within 30 days, Sucre show cause and demonstrate any proof he may have that his petition is not subject to dismissal without prejudice for failure to exhaust administrative remedies (ECF No. 5). The order was served on Sucre at his address of record. More than the allotted time has passed, and Sucre has not responded to the order or contacted the court in any way. The order expressly advised Sucre that failure to respond would result in the dismissal of the petition.

1

**IT IS THEREFORE ORDERED** that the Clerk **file** the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the petition is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: 14 June 2021.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE